ord. Rule 84.16(b)(4). No error of law appears. Rule 84.16(b)(5). An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum, for their information only, setting forth the basis for this order affirming the judgment, pursuant to Rule 84.16(b).

dict convicting him of the Class C felony of possession of a controlled substance in violation of Section 195.202 RSMo 2000. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2009).

**STATE of Missouri, Respondent,**

v.

**Lewis M. JOHNSON, Appellant.**

**No. ED 93047.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 16, 2010.

**In re the MARRIAGE OF: Rita Kay GLASCOCK and Stephen Benjamin Glascock.**

**Rita Kay Glascock, Petitioner–
Respondent,**

v.

**Stephen Benjamin Glascock,
Respondent–Appellant.**

**No. SD 29990.**

Missouri Court of Appeals,
Southern District,
Division One.

March 18, 2010.

Ron Ribaudo, Lake St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Daniel N. McPherson, Jefferson City, MO, for respondent.

Before KURT S. ODENWALD, P.J., GEORGE W. DRAPER III., J., and GARY M. GAERTNER, JR., J.

*ORDER*

PER CURIAM.

Lewis M. Johnson appeals from the trial court's judgment entered upon a jury ver-